# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0392

VERSUS

JOHN RICHARD

**MAY 18, 2026**

In Re:    John Richard, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 599616.

BEFORE:    **McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** Relator's motion for enforcement of the plea agreement is without merit on its face. Accordingly, it is untimely for purposes of postconviction relief, and the district court did not err by not holding an evidentiary hearing. See La. Code Crim. P. arts. 929(A) & 930.8(A).

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT